Lynn Awkward
80 W. Passaic Ave
Bloomfield, NJ 07003

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN AWKWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEW JERSEY and<br>DAVID P. CARROLL,<br><br>　　　　Defendants. | No. 2:19-12371-SDW-LDW |

## REQUEST FOR ENTRY OF DEFAULT

COMES NOW Plaintiff Lynn Awkward and hereby requests the Clerk to enter a default against defendants State of New Jersey and David P. Carroll, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend the Amended Complaint as provided by Rule 55(a) of the Federal Rule of Civil Procedure.

Respectfully submitted this __3__ day of __September__ 2019.

_Lynn Awkward_
Lynn Awkward, Plaintiff

2