Lynn Awkward
80 W. Passaic Ave
Bloomfield, NJ 07003

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN AWKWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEW JERSEY and<br>DAVID P. CARROLL,<br><br>　　　　Defendants. | No. 2:19-12371-SDW-LDW |

**REQUEST FOR CLARIFICATION**

COMES NOW Plaintiff Lynn Awkward and requests the Court to clarify the record.

On June 11, 2019 this Court granted Plaintiff leave to amend the complaint.

On June 24, 2019 Plaintiff filed the amended complaint.

On September 3, 2019 Plaintiff requested that the clerk enter default against the Defendants for failing to file an answer or otherwise plead to the amended complaint.

On September 5, 2019 the clerk advised Plaintiff that the case is dismissed.

It is Plaintiff's contention that the Court granted leave, the Defendants failed to plead, and therefore the case is not dismissed as there is no Court decision to that effect.

1


1 | Plaintiff hereby requests that this Court clarify the record.

2 | Respectfully submitted this __10__ day of __September__ 2019.

3 |

4 | _____
Lynn Awkward, Plaintiff

5 |

6 | State of New Jersey
County of Essex

7 | Sworn and subscribed before me this 10th day of September, 2019.

8 | _____
Notary Public

9 |

10 | Christopher S Newkirk
Notary Public of New Jersey
Commission Expires 4/12/2023
ID Number: 2432585

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2