Lynn Awkward
80 W. Passaic Ave
Bloomfield, NJ 07003

CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 JAN 27 A 10: 17

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN AWKWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEW JERSEY and<br>DAVID P. CARROLL,<br><br>    Defendants. | No. 2:19-12371-SDW-LDW<br><br>Hearing date: January 30, 2020 |

**REASON CONTRARY TO DISMISSAL**

COMES NOW Plaintiff Lynn Awkward and requests the Court to not dismiss for failure to prosecute.

On June 11, 2019 this Court granted Plaintiff leave to amend the complaint.

On June 24, 2019 Plaintiff filed the amended complaint.

On June 24, 2019 Defendants were properly served with the amended complaint.

On September 3, 2019 Plaintiff requested that the clerk enter default against the Defendants for failing to file an answer or otherwise plead to the amended complaint.

On September 5, 2019 the clerk advised Plaintiff that the case is dismissed.

1

It is Plaintiff's contention that the Court granted leave, the Defendants failed to plead, and therefore the case is not dismissed as there is no Court decision to that effect.

Plaintiff hereby requests that this Court clarify the record, act on the Request for Default, and not dismiss for failure to prosecute. Plaintiff is waiting on the Court's ruling and response.

Respectfully submitted this 27 day of January 2020.

_____
Lynn Awkward, Plaintiff

State of New Jersey
County of Essex
Sworn and subscribed before me
this 27th day of January, 2020.

_____
Notary Public

Christopher S Newkirk
Notary Public of New Jersey
Commission Expires 4/12/2023
ID Number: 2432585

2